UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAN SHER KHAN, et al., | ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-535 (RWR) |
| BARACK OBAMA, et al., | ) ) ) | |
| Respondents. | ) ) | |

### ORDER TO SHOW CAUSE

In light of the Court of Appeals' opinion in <u>Al Maqaleh v. Gates</u>, 605 F. 2d 84 (D.C. Cir. 2010), it is hereby

ORDERED that the parties be, and hereby are, DIRECTED to show cause in writing by January 10, 2011, why this case should not be stayed and administratively closed, pending reversal or modification of that opinion.

SIGNED this 9th day of December, 2010.

                                                          /s/
                                     RICHARD W. ROBERTS
                                     United States District Judge