IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ x
JAN SHER KHAN, et al.,                                       )
                                                             )
                  Petitioners,                               )
                                                             )
            v.                                               )   10-CV-535 (RWR)
                                                             )
BARACK OBAMA, et al.,                                        )
                                                             )
                  Respondents.                               )
------------------------------------------------------------ x
```

## PETITIONERS' RESPONSE TO ORDER TO SHOW CAUSE

On December 9, 2010, Judge Richard W. Roberts issued an Order to Show Cause why the above captioned case should not be stayed and administratively closed, pending reversal or modification of the Court of Appeals' opinion in Al Maqualeh v. Gates, 605 F.3d 84 (D.C. Cir. 2010). Petitioners do not oppose a stay or an administrative closing of the case; however, Petitioners request the right to reopen the action pending a favorable ruling in Al Maqaleh v. Gates, No. 06-166 (D.D.C.) or other similar cases addressing the rights of detainees held at Bagram Air Force Base, in addition to the right to reopen the action pending a reversal or modification of the Court of Appeals' opinion.

CPAM: 1502327.7

Dated: New York, New York
January 4, 2010

>Respectfully submitted,
>
>**CHADBOURNE & PARKE LLP**
>
>By: _____
>Oliver J. Armas (pursuant to LCvR 83.2(g))
>*oarmas@chadbourne.com*
>Benjamin D. Bleiberg (pursuant to LCvR 83.2(g))
>*bbleiberg@chadbourne.com*
>Lara G. Aryani (pursuant to LCvR 83.2(g))
>*laryani@chadbourne.com*

30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

>**INTERNATIONAL JUSTICE NETWORK**
>Tina M. Foster (pursuant to LCvR 83.2(g))
>*tina.foster@ijnetwork.org*

P.O. Box 610119
New York, NY 11361
Tel.: (917) 442-9580

*Counsel for Petitioners*