IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAN SHER KHAN, *et al.*, | ) ) ) | |
| Petitioners, | ) | |
| v. | ) ) | Civil Action No. 10-CV-535 (RWR) |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE**

Respondents hereby respond to this Court's December 9, 2010 Order directing the parties to show cause by January 10, 2011 "why this case should not be stayed and administratively closed, pending reversal or modification of" the Court of Appeals' opinion in *Al Maqaleh v. Gates*, 605 F.3d 84 (D.C. Cir. 2010).  Respondents note that following the *Al Maqaleh* decision in May 2010, the petitioners in those consolidated cases did not seek Supreme Court review of the Court of Appeals' decision.  Instead, they moved to amend their habeas petitions based on allegedly newly discovered evidence.  That motion to amend remains pending before Judge John D. Bates.  Accordingly, it is unlikely that the D.C. Circuit's decision in *Al Maqaleh* will be reversed or modified in the reasonably foreseeable future.

Separate from the propriety of a stay pending reversal or modification of *Al Maqaleh* Respondents respectfully inform the Court that the Department of Defense ("DoD") has determined that Petitioner Jan Sher Khan does not meet the criteria for internment for purposes of the Authorization for Use of Military Force, Pub. L. 107-40, 115 Stat. 224 (2001), as informed by the laws of war.  Consistent with DoD procedures for the transfer of non-Afghan citizens detained by U.S. forces at Bagram, Petitioner's repatriation to his home country of Pakistan for release was recently approved by the Deputy Secretary of Defense.  DoD, with the assistance of

the Department of State, is undertaking steps to effect the transfer.  Respondents anticipate that the repatriation will be accomplished within the next month.  Because Petitioner's impending release from United States custody and control will render moot his habeas petition, Respondents respectfully request that this Court postpone consideration of this habeas case for thirty days to allow the transfer to take place.  Respondents will file a status report on or before February 9, 2011 regarding the status of Petitioner's repatriation.

Dated:   January 10, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

  /s/   *Jean Lin*
JEAN LIN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Attorneys for Respondents