IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| JAN SHER KHAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 10-CV-535 (RWR) |
| | ) | |
| BARACK OBAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**STATUS REPORT**

Respondents respectfully submit this report to advise the Court of the status of this habeas case. The habeas petition was filed on behalf of Mr. Jan Sher Khan, a Pakistani citizen detained by the United States at Bagram Airfield in the Islamic Republic of Afghanistan. On January 7 and February 16, 2011, Respondents reported that the Departments of Defense and State were undertaking steps to repatriate Mr. Khan to his home country of Pakistan and provided status of their progress. Since February 16, 2011, the State Department and Pakistani Ministry of Foreign Affairs have reached an appropriate diplomatic understanding with respect to Mr. Khan's repatriation and release. At this time, the United States is awaiting for an exit visa to be issued by the Government of Afghanistan that would allow Mr. Khan's departure from Afghanistan. Respondents are unable to predict when Mr. Khan's repatriation will occur but remain committed to repatriate Mr. Khan as soon as possible. Accordingly, Respondents will submit another status report on or before April 15, 2011.

Dated:  March 16, 2011                           Respectfully submitted,

                                                 TONY WEST
                                                 Assistant Attorney General

                                                 JOHN R. TYLER
                                                 Assistant Branch Director

                                                    /s/    *Jean Lin*
                                                 JEAN LIN
                                                 Senior Trial Counsel
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave., N.W.
                                                 Washington, DC  20530
                                                 Tel:  (202) 514-3716
                                                 Attorneys for Respondents