## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAN SHER KHAN, *et al.*, | ) ) ) | |
| Petitioners, | ) | |
| v. | ) ) | Civil Action No. 10-CV-535 (RWR) |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**STATUS REPORT**

Respondents respectfully submit this report to advise the Court of the status of this habeas case. The habeas petition was filed on behalf of Mr. Jan Sher Khan, a Pakistani citizen detained by the United States at Bagram Airfield in the Islamic Republic of Afghanistan. On January 7 and February 16, 2011, Respondents reported that the Departments of Defense and State were undertaking steps to repatriate Mr. Khan to his home country, Pakistan, and provided status of their progress. On March 16, 2011, Respondents further reported that the State Department and the Pakistani Ministry of Foreign Affairs had reached an appropriate diplomatic understanding with respect to Mr. Khan's repatriation and release, and that the United States was working on securing an exit visa to be issued by the Government of Afghanistan that would allow Mr. Khan's departure from Afghanistan under the contemplated arrangements. Since March 16, 2011, we have been informed that the Afghan Government has provided all approvals necessary for Khan's exit visa, and based on that information, we currently believe that the only remaining step is the actual issuance of the visa. Although Respondents are unable to predict when Mr. Khan's repatriation will occur, they expect, based on current information, that the repatriation will take place within approximately one to three weeks. Accordingly, Respondents will submit another status report on or before May 13, 2011.

Dated:  April 15, 2011 	Respectfully submitted,

	TONY WEST
	Assistant Attorney General

	JOHN R. TYLER
	Assistant Branch Director

	   /s/    *Jean Lin*                                       
	JEAN LIN
	Senior Trial Counsel
	United States Department of Justice
	Civil Division, Federal Programs Branch
	20 Massachusetts Ave., N.W.
	Washington, DC  20530
	Tel:  (202) 514-3716
	Attorneys for Respondents