## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAN SHER KHAN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 10-CV-535 (RWR) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**JOINT STIPULATION TO DISMISS PETITION AS MOOT**

Petitioners and Respondents respectfully submit this joint stipulation to advise the Court of the status of this habeas case and request the dismissal of the habeas petition ("Petition") as moot, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Petition was filed on behalf of Mr. Jan Sher Khan, a Pakistani citizen detained by the United States at Bagram Airfield in the Islamic Republic of Afghanistan.  On January 7, February 16, March 16, and April 15, 2011, Respondents reported that the Departments of Defense and State were undertaking steps to repatriate Mr. Khan to his home country, Pakistan, and provided status of their progress.  On April 22, 2011, Petitioner was repatriated to Pakistan and is no longer in United States custody or control.

Accordingly, the parties stipulate to the dismissal of the Petition as moot.

Dated:   May 12, 2011

Respectfully submitted,

| Attorneys for Respondents | Attorneys for Petitioners |
|---|---|
| TONY WEST<br>Assistant Attorney General<br><br>JOHN TYLER<br>Assistant Branch Director<br><br>By:       /s/ *Jean Lin*<br>JEAN LIN<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC   20530<br>Tel:   (202) 514-3716 | CHADBOURNE & PARKE LLP<br><br>By:       /s/ Oliver J. Armas<br>Oliver J. Armas (pursuant to LCvR 83.2(g))<br>oarmas@chadbourne.com<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel.: (212) 408-5100<br>Fax: (212) 541-5369<br><br><br>INTERNATIONAL JUSTICE NETWORK<br><br>Tina M. Foster (pursuant to LCvR 83.2(g))<br>tina.foster@ijnetwork.org<br><br>P.O. Box 610119<br>New York, NY 11361<br>Tel.: (917) 442-9580 |